EVERETT v. HAULENBEEK et al.

(Circuit Court, S. D. New York. September 24, 1896.)

COSTS—WHO LIABLE FOR.

Where a defendant by contesting the complainant's claim makes a master's services necessary, and such defendant is defeated, he must pay the fees of the master.

This was a motion by William W. Everett, complainant, to compel the payment of master's fees by John W. Haulenbeek, defendant. The accounting in this case was contested only by the defendant Haulenbeek. The master found in favor of the complainant. At the time of the rendition of the master's report, there was due him for fees $325, which he apportioned, $175 to complainant, and $150 to defendant. Complainant refused to pay the balance due, on the ground that the charges should be paid by the defeated party. Defendant stated no reason for his failure to pay the same, except lack of funds.

Thomas Cooper Byrnes, John Hunter, Jr., and Walter D. Edmonds, for the motion.

Samuel G. Adams, opposed.

LACOMBE, Circuit Judge. The master's fees are hereby taxed at $500. Since he has been paid $175, it only remains for the court to indicate who shall pay the balance of his compensation, $325. The defendant H., by contesting complainant's claim, made it necessary to call upon the master to render these services; and, since he is the defeated party, he should pay them. An order directing such payment will be made. Any question as to defendant's pecuniary condition may be considered upon any future motion to enforce such order. They are not properly raised upon this motion.